UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SALIX PHARMACEUTICALS, LTD | 14-CV-8925 (KMW)<br>ECF Case |

### JOINDER IN MOTIONS TO DISMISS OF
### SALIX PHARMACEUTICALS, LTD. AND ADAM C. DERBYSHIRE

Defendant Carolyn J. Logan, by her undersigned attorneys, and pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), hereby joins and incorporates by reference the Motions to Dismiss filed this same date by Defendants Salix Pharmaceuticals, Ltd. ("Salix") and Adam C. Derbyshire ("Derbyshire"), and their supporting memoranda and exhibits (the "Motions"), including the relief requested therein.  In the interest of judicial economy, Ms. Logan will not repeat and restate the arguments advanced by the Motions.  Ms. Logan joins and adopts all arguments and authorities set forth in the Motions, as if fully stated herein.  As explained in the Motions, all claims set forth in the Consolidated Class Action Complaint should be dismissed.  Ms. Logan reserves her right to be heard before the Court with respect to the Motions.

Date:   June 12, 2015

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:   /s/ F. Whitten Peters
George Borden (GB-7019)
F. Whitten Peters (admitted *pro hac vice*)
Stephen D. Andrews (motion for admission *pro hac vice* to be filed)
Anne M. Rucker (admitted *pro hac vice*)
725 12th Street, NW

>Washington, D.C.  20005
>(202) 434-5000
>(202) 434-5029 (fax)

*Attorneys for Defendant Carolyn J. Logan*

## CERTIFICATE OF SERVICE

I, Anne M. Rucker, hereby certify that on the 12th day of June 2015, I caused the foregoing Joinder in Motions to Dismiss of Salix Pharmaceuticals, Ltd. and Adam C. Derbyshire to be served on all counsel of record via ECF.

                                                                /s/ Anne M. Rucker
                                                                 Anne M. Rucker