*Redacted Pursuant to Protective Order Dated June 6, 2016*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SALIX PHARMACEUTICALS, LTD. | Case No. 14 Civ. 8925(KMW)<br>CLASS ACTION |

**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT
OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
<u>APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL</u>**

*Redacted Pursuant to Protective Order Dated June 6, 2016*

I, John Rizio-Hamilton, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, Counsel for Lead Plaintiff in the above-captioned action. I am admitted to practice before this Court. I respectfully submit this declaration in support of the Memorandum of Law in Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2. Counsel for Lead Plaintiff has, among other things, investigated and filed the Consolidated Class Action Complaint (ECF No. 82); successfully opposed Defendants' Motion to Dismiss the Complaint (ECF No. 127); consulted and retained multiple experts; served document requests and 21 third party subpoenas; evaluated hundreds of thousands of documents in discovery; and begun scheduling depositions.

3. Attached hereto are true and correct copies of the following documents:

| Ex. | Description |
|---|---|
| I. | [FILED UNDER SEAL] |
| II. | [FILED UNDER SEAL] |
| III. | [FILED UNDER SEAL] |
| IV. | BLB&G LLP Firm Resume |

*Redacted Pursuant to Protective Order Dated June 6, 2016*

| Ex. | Description |
|---|---|
| V. | Expert Report of David I. Tabak, Ph.D. |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on October 10, 2016.

                                                */s/ John Rizio-Hamilton*
                                                John Rizio-Hamilton