**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE SALIX PHARMACEUTICALS, LTD. | ) )  ) ) ) ) | Case No. 14 Civ. 8925(KMW) CLASS ACTION |

## **LEAD PLAINTIFF'S NOTICE OF MOTION TO COMPEL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Salvatore J. Graziano, Court-appointed Lead Plaintiff the Pentwater Funds ("Lead Plaintiff") will move this Court before the Honorable Kimba M. Wood, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 18B, New York, New York, 10007, at a date and time to be set by the Court, for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and any other applicable rule, compelling Mr. Bradley J. Bondi's deposition and the production of documents concerning the Salix Audit Committee's internal investigation.

Dated: New York, New York
January 13, 2017

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

*/s/ Salvatore J. Graziano*
Salvatore J. Graziano
John Rizio-Hamilton
Katherine M. Sinderson
Adam Hollander
Angus F. Ni
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
sgraziano@blbglaw.com
johnr@blbglaw.com

katherinem@blbglaw.com
adam.hollander@blbglaw.com
angus.ni@blbglaw.com

*Lead Counsel for Lead Plaintiff and for the
Proposed Class*


ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman
David Rosenfeld
Avital Malina
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
amalina@rgrdlaw.com

*Additional Counsel for the City of Fort Lauderdale
General Employees' Retirement System*