UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

WOBURN RETIREMENT SYSTEM,

                Plaintiff,

-v-

SALIX PHARMACEUTICALS, LTD., et al.,

                Defendants.
------------------------------------------------------X

14-CV-8925 (KMW)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/17

KIMBA M. WOOD, United States District Judge:

      The Court has reviewed parties' submissions regarding the present discovery dispute.[1] Lead Plaintiffs' Motion to Compel is DENIED. The subpoena calling for Mr. Bondi's deposition is QUASHED. The Court DENIES Plaintiffs' request for a declaration that Defendants waived the attorney-client privilege and work product protection by disclosing the relevant documents to their outside auditor. An opinion will follow.

      SO ORDERED.

Dated: New York, New York
       January 23, 2017

                                      /s/ Kimba M. Wood
                                      Kimba M. Wood
                                   United States District Judge

---

[1] *See* ECF Nos. 170, 173, 174, 175, 178, 197, 198, 199, 200, 201, 202, 206, 207.